IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RON DESHAWN, a/k/a Ronnie Hodge, (TDCJ-ID #451146) | § § § |
| Plaintiff. | § § |
| vs. | § § § MISC. ACTION H-09-0291 |
| DETECTIVE RON DINSLAGE, *et al.*, | § § § |
| Defendants. | § |

## MEMORANDUM AND OPINION

Ron DeShawn is an inmate at the South Texas Intermediate Sanction Facility in Houston, Texas. DeShawn complains that he is not able to locate several pleadings related to a civil rights suit he filed in the McAllen Division of the United States District Court for the Southern District of Texas. He also asserts that court officials are not keeping him advised of the status of his filings.

A national litigation index shows that DeShawn has filed a lawsuit that was docketed as Miscellaneous Action 7:09-33 in the McAllen Division. The Clerk will provide a copy of the docket sheet, civil rights complaint, and attachments filed in No. 7:09-33 to DeShawn.

This miscellaneous action is closed.

SIGNED on June 22, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge